UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
INDEPENDENT LIVING AIDS, INC., and
MARVIN SANDLER,	**MEMORANDUM OF**
**DECISION AND ORDER**

        Plaintiffs,	95 CV 656 (ADS) (ARL)

      v.

MAXI-AIDS, INC., HAROLD ZARETSKY,
MITCHELL ZARETSKY, ELLIOT ZARETSKY
and PAMELA ZARETSKY-STEIN,
              Defendants.
------------------------------------------------------X

**APPEARANCES**:

**THE DWECK LAW FIRM, LLP**
Attorney for the Plaintiffs
230 Park Avenue
New York, New York 10169
     By:    Jack S. Dweck, Esq. and Richard A. Hubell, Esq., Of Counsel

**MICHAEL D. SOLOMON, ESQ.**
Attorneys for the Defendants Maxi-Aids, Inc., Harold Zaretsky and Elliot Zaretsky
2950 Hempstead Turnpike
Levittown, New York 11756

**SPATT, District Judge**:

      Presently before the Court is a motion by the plaintiffs Independent Living Aids, Inc. ("ILA") and Marvin Sandler ("Sandler") seeking attorney's fees for the defense of an appeal taken by the Defendants.

      This motion is respectfully referred to United States Magistrate Judge Arlene R. Lindsay to enter an order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure determining this motion.

**SO ORDERED**

Dated: Central Islip, New York
       September 30, 2005

                                          ARTHUR D. SPATT
                                       United States District Judge